UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HEALTHY FUTURES OF TEXAS, *individually and on behalf of all of others similarly situated*, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 18-cv-992 (KBJ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**<u>ORDER GRANTING MOTION FOR CLASS CERTIFICATION</u>**

Upon careful consideration of all of the filings and issues regarding Plaintiff Healthy Futures of Texas's motion to certify a class action under Rule 23(b)(2) (*see* Pl.'s Mot. for Class Certification, ECF No. 6), this Court has decided to certify a Rule 23(b)(2) class as follows:

> All entities awarded Teen Pregnancy Prevention Program grants by the Department of Health and Human Services (HHS) in 2015, with five-year project periods, whose grants HHS purported to "shorten," effective June 30, 2018.

The plaintiffs in *Policy and Research, LLC, v. HHS*, No. 18-cv-346-KBJ (D.D.C.), *Planned Parenthood of Greater Washington and Northern Idaho v. HHS*, No. 2:18-cv-00055 (E.D. Wash.), *King County v. Azar*, No. 18-cv-00242 (W.D. Wash.), and *Healthy Teen Network v. Azar*, No. 18-cv-00468 (D. Md.) are not included in this class definition. This class action is certified with respect to Healthy Futures' claim that HHS's decision to "shorten" the project periods of TPPP grants without explanation was an arbitrary and capricious action under 5 U.S.C. § 706(2)(A). The reasons for this

order will be set forth in a Memorandum Opinion to be issued shortly, absent unforeseen circumstances.

Therefore, it is hereby

**ORDERED** that Plaintiff's [6] motion for class certification is **GRANTED**. It is

**FURTHER ORDERED** that Sean Sherman and Allison Zieve are appointed as class counsel to litigate the claim this claim on behalf of the Rule 23(b)(2) class.

DATE: May 25, 2018          *Ketanji Brown Jackson*
                              KETANJI BROWN JACKSON
                              United States District Judge