**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HEALTHY FUTURES OF TEXAS, *individually and on behalf of all other similarly situated*, | ) ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | No. 1:18-cv-992 (KBJ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.* | ) ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [7] Plaintiffs' motion for summary judgment is **GRANTED**, and that [18] Defendants' cross-motion to dismiss or for summary judgment is **DENIED**.  It is

**FURTHER ORDERED** that HHS's decision to shorten the project periods for the class members' projects under the Teen Pregnancy Prevention program is **VACATED,** and that HHS shall accept and process these grantees' non-competing continuation applications as if it had not "shorten[ed]" the Plaintiffs' federal awards.

DATE:  June 1, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge