# United States Court of Appeals
### For The District of Columbia Circuit

**No. 18-5236**             **September Term, 2018**

1:18-cv-00992-KBJ

Filed On: October 26, 2018

Healthy Futures of Texas, individually and on behalf of all others similarly situated,

    Appellee

    v.

Department of Health And Human Resources and Alex Michael Azar, II, Secretary, Department of Health and Human Services,

    Appellants

**O R D E R**

Upon consideration of the joint motion to dismiss this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                                    FOR THE COURT:
                                                    Mark J. Langer, Clerk

BY:    /s/
           Daniel J. Reidy
           Deputy Clerk